**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PETER ANTHONY SPOTO,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | ) Case No. CV 15-1314-JPR<br>)<br>) **JUDGMENT**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

   For the reasons set forth in the accompanying Memorandum Opinion and Order, it is hereby ADJUDGED that (1) Plaintiff's request for an order reversing the Commissioner's decision is DENIED; (2) the Commissioner's request for an order affirming the Commissioner's final decision and dismissing the action is GRANTED; and (3) judgment is entered in the Commissioner's favor.

DATED: August 8, 2016          _____
                                JEAN ROSENBLUTH
                                U.S. Magistrate Judge